IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ESPOSITO SECURITIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 3:12-cv-04926 |
| | § | |
| ADVISORSHARES INVESTMENTS, LLC, | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL

Plaintiff Esposito Securities, LLC ("Esposito") and Defendant AdvisorShares Investments, LLC ("AdvisorShares") (collectively, the "Parties") hereby submit this Agreed Stipulation of Dismissal (the "Stipulation of Dismissal") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41 as follows:

### I.   FACTS

1. Esposito filed this action on October 23, 2012 in the 95th Judicial District Court of Dallas County, Texas, Cause No. DC-12-12517, styled *Esposito Securities, LLC v. AdvisorShares Investments, LLC*. AdvisorShares was served on or about November 26, 2012. AdvisorShares removed this action to this Court on December 3, 2012.

### II.   STIPULATION

2. The Parties in this matter have conferred and agree to this Stipulation of Dismissal.

## III. RELIEF REQUESTED

Esposito and AdvisorShares respectfully request this Court to sign an order dismissing all of Esposito's claims and AdvisorShares' counterclaims with prejudice, and without costs or attorneys' fees to any Party as against any other Party, each Party to bear their own costs and attorneys' fees.

Dated: July 14, 2014.

Respectfully submitted,

By: */s/ Court D. Smith*
    **Court D. Smith**
    State Bar No. 24008049

**CROUCH & RAMEY, L.L.P.**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 922-7100
Telecopier: (214) 922-7101
E-mail: csmith@crouchfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ESPOSITO SECURITIES, LLC**

**-AND-**

By: */s/ Bernard J. Garbutt, III with permission*
    **Bernard J. Garbutt, III**
    *admitted pro hac vice*

**MORGAN LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Telecopier: (212) 309-6001
Email: bgarbutt@morganlewis.com

**ATTORNEYS FOR DEFENDANT**
**ADVISORSHARES INVESTMENTS, LLC**

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing has been served upon the following counsel of record via electronic mail and certified mail, return receipt requested on this 14th day of July, 2014.

  Bernard J. Garbutt, III
  MORGAN LEWIS & BOCKIUS LLP
  101 Park Avenue
  New York, New York 10178
  Telephone: (212) 309-6000
  Facsimile: (212) 309-6001
  Email: bgarbutt@morganlewis.com

            */s/ Court D. Smith*
            Court D. Smith