**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ESPOSITO SECURITIES, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 3:12-cv-04926 |
| | § | |
| **ADVISORSHARES INVESTMENTS, LLC,** | § | |
| | § | |
| Defendant. | § | |

### ORDER ON AGREED STIPULATION OF DISMISSAL

The Court, having considered the Agreed Stipulation of Dismissal filed by Plaintiff Esposito Securities, LLC and Defendant AdvisorShares Investments, LLC (collectively, the "Parties" and each a "Party") hereby finds that that Parties' request should be granted. It is therefore,

ORDERED that all of the Plaintiff's claims against Defendant and all of Defendant's counterclaims against Plaintiff are hereby dismissed with prejudice, and without costs or attorneys' fees to any Party as against any other Party, each Party to bear its own costs and attorneys' fees.

SIGNED August 1, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE